# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CINDY POTTS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NOVITAS SOLUTIONS, INC., *et al.*<br><br>Defendants. | Civil Action No. 1:22-cv-00986-JPW<br><br>(Hon. Jennifer P. Wilson, U.S.D.J.) |

## JOINT STIPULATION FOR CONDITIONAL CERTIFICATION AND NOTICE TO CLASS MEMBERS

Plaintiff Cindy Potts and Defendants Novitas Solutions, Inc. and Diversified Service Options, Inc. d/b/a GuideWell Source (collectively, the "Parties"), hereby file this Joint Stipulation for Conditional Certification and Notice to Class Members ("Stipulation") and request the Court's approval of this Stipulation by signing below in the space provided.

Under the terms of the Parties' Stipulation, Defendants consent to this Court conditionally certifying this matter as a collective action under the Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b). The Class Members are defined as follows:

> **All persons employed by Novitas Solutions, Inc. as Targeted Education Specialists who worked more than forty hours during any workweek between June 22,**

> **2019 and September 3, 2022 while classified as exempt and who were not paid overtime for hours worked over forty.**

By agreeing to this Stipulation and class definition, Defendants are not limiting or waiving any of their defenses, including without limitation their right to assert that the putative class members were properly classified as exempt from overtime pay, that the putative class members are not similarly situated, that Plaintiff is not an adequate class representative, and that Defendants are not liable for the alleged damages that Plaintiff or putative opt-in plaintiffs claim to have incurred during the relevant time period. Defendants expressly reserve their right to later move for decertification.

The Parties stipulate that within seven (7) days of the Court approving this Stipulation, Defendants shall provide to Plaintiff's Counsel the names, dates of employment, and last known home addresses for all Class Members as defined above. Defendants will provide dates of birth, if known, for any individuals whose notices are returned as undeliverable and without a forwarding address. Defendants shall provide such information in a computer-readable format, such as a Microsoft Excel Spreadsheet.

The Parties stipulate that Plaintiff's Counsel shall transmit the agreed Notice of Rights and agreed Consent Form, without any additional communication, via first-class mail to all persons contained on the list within ten (10) days of receiving

the list from Defendants. For any envelopes that are returned as undeliverable, Plaintiff's Counsel may perform a skip trace and resend the Notice and Consent Form to the updated address. Attached hereto as **Exhibit A** is the agreed-upon Notice of Rights and Consent Form.

Putative opt-in plaintiffs will have forty-five (45) days from the date of the first-class notice mailing to file opt-in consent forms with the Court.

The Parties further stipulate that all discovery in this matter shall be and hereby is **STAYED** until the conclusion of the opt-in period defined above.

Dated: November 29, 2022                          Respectfully submitted,

**JACKSON LEWIS P.C.**                            **WEISBERG CUMMINGS, P.C.**

*/s/ Stephanie J. Peet*                           */s/ Derrek W. Cummings*
Stephanie J. Peet (PA ID No. 91744)               Derrek W. Cummings, Esquire
Daniel F. Thornton (PA ID No. 318431)             Larry A. Weisberg, Esquire
Three Parkway                                     Michael J. Bradley, Esquire
1601 Cherry Street, Suite 1350                    dcummings@weisbergcummings.com
Philadelphia, PA 19102                            lweisberg@weisbergcummings.com
T: (267) 319-7802                                 mbradley@weisbergcummings.com
F: (215) 399-2249                                 2704 Commerce Drive, Suite B
stephanie.peet@jacksonlewis.com                   Harrisburg, PA 17110-9380
daniel.thornton@jacksonlewis.com                  717-238-5707

*Counsel for Defendants*                          *Counsel for Plaintiff*


                                **SO ORDERED.**

Dated: _____                             _____
                                                  Hon. Jennifer P. Wilson
                                                  United States District Judge

# <u>EXHIBIT A</u>

## COURT-AUTHORIZED NOTICE
## OF COLLECTIVE ACTION LAWSUIT

*Cindy Potts v. Novitas Solutions, Inc. and Diversified Service Options, Inc.*
*d/b/a GuideWell Source*
Case No. 1:22-cv-00986-JPW
United States District Court, Middle District of Pennsylvania

**TO:** All current and former Targeted Education Specialists employed by Novitas Solutions, Inc. who worked more than forty (40) hours during any workweek between June 22, 2019 and September 3, 2022 while classified as exempt and who were not paid overtime for hours worked over forty (40).

**RE:** Overtime Lawsuit against Novitas Solutions and GuideWell Source under the Fair Labor Standards Act

★★★★★

**THIS IS NOT AN ADVERTISEMENT FROM A LAWYER.**
**PLEASE READ THIS NOTICE CAREFULLY.**
**THIS NOTICE COULD AFFECT YOUR LEGAL RIGHTS.**

This Notice is to inform you of a collective action lawsuit alleging violations of the Fair Labor Standards Act ("FLSA"). The United States District Court for the Middle District of Pennsylvania has authorized the mailing of this notice to you to afford you the opportunity to join this lawsuit. You should be aware that this lawsuit is only in the early stages. Liability, the right to recover any damages or other relief, and the right to proceed as part of a collective action are not established and are not certain.

1. **Why are you getting this Notice?**

You are getting this notice because you worked for Novitas Solutions, Inc. as a Targeted Education Specialist at some time between June 22, 2019 and September 3, 2022. Cindy Potts, a former Targeted Education Specialist, has brought a lawsuit against Novitas Solutions, Inc. and Diversified Service Options, Inc. d/b/a GuideWell Source ("Defendants") alleging that Targeted Education Specialists are owed overtime wages under state and federal law.

2. **What is this case about?**

Ms. Potts alleges that Defendants violated the federal Fair Labor Standards Act by not paying overtime wages for hours worked in excess of forty (40) hours in a workweek. The lawsuit is seeking back pay and liquidated damages (double damages) from Defendants, as well as attorney's fees and litigation costs. Defendants deny liability and assert that they properly

1

classified Ms. Potts and other Targeted Education Specialists as exempt from overtime laws and that all wages have been paid. Defendants also assert that this matter should not proceed as a collective action lawsuit and that Ms. Potts should not represent you. Although the United States District Court for the Middle District of Pennsylvania has authorized the sending of this Notice, the Court expresses no opinion regarding Ms. Potts's claims or Defendants' defenses. The Court has not yet decided whether Defendants have done anything wrong or whether this case will proceed to trial.

**3.     Can you join?**

If you fit the definition above, then you may join this case (that is, you may "opt-in") by completing the attached "Consent to Join Collective Action" form and returning it to the Plaintiff's Counsel by mailing it to the following address:

> **Derrek W. Cummings, Esquire**
> **Weisberg Cummings, P.C.**
> **2704 Commerce Drive, Suite B**
> **Harrisburg, PA 17110-9380**

You may also return your form by faxing it to 717-233-8133 or e-mailing it to info@weisbergcummings.com. The form must be received by Plaintiff's Counsel by _____ *(insert date forty-five (45) days after mailing)*. If you fail to return the Consent to Join Collective Action, then you will not be able to participate in this lawsuit or share in recovery that may be obtained, if any.

**4.     What are your options?**

If you choose to join in this case, you will conditionally become a party to the case and be represented by Weisberg Cummings, P.C. While the case is conditionally certified, Ms. Potts will represent and speak for the class. Should the Court decide that this case should proceed as a collective action and that Ms. Potts is a proper class representative, Ms. Potts and her attorneys will continue to represent you. You will be eligible to participate in a settlement for allegedly unpaid overtime wages, if any is reached. Also, you will be bound by a judgment ultimately entered in this case, whether it is favorable or unfavorable. If you choose to join in this case, you may be required to participate in discovery, which may include answering written questions (interrogatories), producing certain documents, records or data, and/or giving a deposition. You also could be required to testify at trial.

If you do not wish to be a part of the lawsuit, you do not need to do anything. If you do not join this case, you will not be able to participate in any settlement regarding the claim for allegedly unpaid overtime wages, if any is reached. If you do not join the lawsuit, you will not be part of the case and will not be bound by or affected by the result, whether favorable or unfavorable. Your decision not to join this case will not affect your right to bring a similar case on your own at a future time. However, claims under the Fair Labor Standards Act must be brought within two (2) years of the date the claim accrues, unless the employer is found to have knowingly and willfully violated the law, in which case the claim must be brought within three (3) years. If you do not join this case, you have the right to hire your own attorney and bring your own case for

any damages you may have, if you so choose. However, if you join this case, you will be represented by Weisberg Cummings, P.C. in this case.

The attorneys for Ms. Potts are being paid on a contingency-fee basis, which means that if there is no recovery there will be no attorney's fees owed by you. You are not under any obligation to pay attorney's fees or costs by joining the lawsuit. If there is a recovery, the attorneys for the class will receive a part of any settlement obtained or money judgment entered in favor of all members of the class.

**5.     Retaliation is against the law.**

Federal law prohibits Defendants from discharging or in any other manner discriminating or retaliating against you because you have exercised your rights under to FLSA to join in this action.

**6.     How can you get more information?**

You can get more information by calling Plaintiff's Counsel, Derrek Cummings or Michael Bradley. They can be reached at 717-238-5707, dcummings@weisbergcummings.com, or mbradley@weisbergcummings.com.

★ ★ ★ ★ ★

**CONSENT TO JOIN COLLECTIVE ACTION**

I, _____ (print name), consent to join the lawsuit against Notivas Solutions, Inc. and Diversified Service Options, Inc. d/b/a/ GuideWell Source seeking damages for unpaid overtime wages under the Fair Labor Standards Act.

I performed similar duties to Ms. Potts and worked in excess of forty (40) hours in a workweek without being paid additional overtime pay for all overtime I worked between June 22, 2019 and September 3, 2022.

I authorize the named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate Cindy Potts to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiff's Counsel, and I understand that I will be bound be Ms. Potts's decisions while she represents the class.

I agree to be represented by Weisberg Cummings, P.C., counsel for Cindy Potts.

Date: _____     Signature: _____

**Information below this line will not be filed with the Court:**

Information on this page will not be filed with the Court:

Start and end dates of employment: _____ to _____

Work Location(s):       _____

Address:                _____

City:                   _____

State:                  _____

Phone:                  _____

Alternative Phone:      _____

E-mail:                 _____

4