## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CINDY POTTS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVITAS SOLUTIONS, INC.,<br><br>and<br><br>DIVERSIFIED SERVICE OPTIONS, INC. d/b/a GUIDEWELL SOURCE,<br><br>Defendants. | Case No.: 1:22-cv-00986-KM<br><br>Hon. Jennifer P. Wilson, U.S.D.J.<br><br>Hon. Karoline Mehalchick, C.U.S.M.J.<br><br>ELECTRONICALLY FILED |

**PLAINTIFF'S UNOPPOSED MOTION TO DIRECT CLASS NOTICE AND GRANT PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e)(1), Plaintiff Cindy Potts requests that the Court permit the issuance of notice to the classes of the proposed settlement (see Exhibit 1, Settlement Agreement), approve the form and manner of notice to the class (see Exhibit 2, Notice Materials), approve the narrowly tailored release of FLSA claims as a fair and reasonable resolution of a bona fide dispute, appoint Plaintiff's counsel as class counsel, appoint Defendants to administer the class notice plan and to fulfill the duties of the Settlement Administrator as outlined

in the Settlement Agreement, and schedule a final approval hearing to determine whether the Settlement Agreement should be finally approved.

Following a full-day mediation before this Honorable Court, Plaintiff Potts and Defendants Novitas Solutions, Inc. and Diversified Service Options, Inc. dba Guidewell Source (collectively "Defendants") have agreed to a $500,000 class action settlement inclusive of the monetary payments Releasees voluntarily and unconditionally paid to the Putative Class Members prior to mediation to resolve the claims of 24 class members. The common fund represents 100% of the unpaid overtime wages alleged and results in average estimated additional payments of over $3,800 to members of the class reflecting additional damages accessible under Federal and Pennsylvania wage and hour laws. To receive these payments, class members do not have to do anything; instead, settlement payments will be mailed without the need to file a claim form. In exchange for the settlement payments, class members will release only those claims that were or could have been asserted based on the facts alleged in the complaint. In Plaintiff's counsel's opinion, this is an exceptional result for class members and will provide meaningful, direct payments to class members.

In light of the foregoing and as more fully explained in the accompanying Memorandum of Law, Plaintiff submits that the Court will "likely be able to" grant final approval of the settlement under Rule 23(e)(1)(B)(i) and certify the classes for

purposes of judgment under Rule 23(e)(1)(B)(ii). Accordingly, Plaintiff respectfully requests that the Court grant this motion and enter the accompanying proposed order (Exhibit 3).

Dated:  June 28, 2023					Respectfully submitted,

**WEISBERG CUMMINGS, P.C.**

*/s/ Derrek W. Cummings*
Derrek W. Cummings, PA Bar 83286
Larry A. Weisberg, PA Bar 83410
Michael J. Bradley, PA Bar 329880
2704 Commerce Dr., Suite B
Harrisburg, Pennsylvania 17110
Telephone:  (717) 238-5707
Facsimile:   (717) 233-8133
dcummings@weisbergcummings.com
lweisberg@weisbergcummings.com
mbradley@weisbergcummings.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2023, a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

**WEISBERG CUMMINGS, P.C.**

Dated:  June 28, 2023

*/s/ Derrek W. Cummings*
Derrek W. Cummings