IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CINDY POTTS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVITAS SOLUTIONS, INC.,<br><br>and<br><br>DIVERSIFIED SERVICE OPTIONS, INC. d/b/a GUIDEWELL SOURCE,<br><br>Defendants. | Case No.: 1:22-cv-00986-KM<br><br>Hon. Jennifer P. Wilson, U.S.D.J.<br>Hon. Karoline Mehalchick, C.U.S.M.J.<br><br>*ELECTRONICALLY FILED* |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT**

AND NOW, this 29th day of June, 2023, upon consideration of Plaintiff's Unopposed Motion for Preliminary Approval of the Settlement Agreement, the Court grants Plaintiff's Motion and ORDERS as follows:

1. The Court grants approval to the terms and conditions set forth in the Parties' Settlement Agreement. Unless otherwise defined herein, all terms used in this Order (the "Preliminary Approval Order") will have the same meaning as defined in the Settlement Agreement.

2. The Court finds on a preliminary basis that the settlement memorialized in the Settlement Agreement, and filed with the Court, falls within the range of

reasonableness and, therefore, meets the requirements for preliminary approval as defined by Federal Rule of Civil Procedure 23(e).

3. Specifically, the Court finds it will "likely be able to . . . approve the proposal under Rule 23(e)(2)" in light of (i) the class representative's and class counsel's work on behalf of the class; (ii) that the proposal was reached at arm's length with the help of a mediator (Chief United States Magistrate Judge Mehalchick) ; (iii) the relief provided to the class being adequate (particularly when measured against the costs, risk, and delay of trial and appeal, the effectiveness of distributing the settlement fund to class members, the terms of the attorneys' fee provision, and that no agreement exists between the parties other than the Settlement Agreements for Ms. Potts individually and the Class); and (iv) class members are treated equitably by the Distribution of Settlement.

4. The Court grants preliminary approval of the parties' Settlement Agreement.

5. The Court certifies, for settlement purposes only, the following Settlement Class pursuant to the Settlement Agreement and Fed. R. Civ. P. 23:

    a. **The "Putative FLSA Collective" and the "Pennsylvania Wage Law Class" (collectively "Class Members"):**

    All individuals employed by Novitas as Targeted Education Specialists during the relevant time period of June 22, 2019 to September 3, 2022 who, according to Plaintiff's allegations, did not receive timely payment of all regular and overtime wages to which they were entitled.

6. The Court appoints, for settlement purposes only, Cindy Potts as the Class Representative of the Settlement Class.

7. The Court appoints, for settlement purposes only, Derrek W. Cummings and Larry A. Weisberg of Weisberg Cummings, P.C. as Class Counsel for the purposes of Settlement, and the releases and other obligations therein.

8. This Court approves Defendants as Settlement Administrator to perform duties in accordance with the terms of the Settlement Agreement.

9. The proposed Notice packet to be provided as set forth in the Settlement Agreement is hereby found to be the best practicable means of providing notice under the circumstances and, when completed, shall constitute due and sufficient notice of the proposed class settlement and the Final Approval Hearing to all persons and entities affected by or entitled to participate in the settlement, in full compliance with the notice requirements of Rule 23, due process, the Constitution of the United States, the laws of the Commonwealth of Pennsylvania, and all other applicable laws. The Notice is accurate, objective, and informative and provides members of the Settlement Classes with all of the information necessary to make an informed decision regarding their participation in the settlement and its fairness.

10. The Notice, attached to the Motion for Preliminary Approval as Exhibit 2, is approved. The Settlement Administrator is authorized to mail these documents to the Class Members as provided in the Settlement Agreement.

11. Class Members who wish to opt out of the Settlement Agreement must submit a Request for Exclusion pursuant to the Settlement Agreement no later than thirty (30) days after the mailing of the Notice.

12. Class Members who wish to object to the Settlement Agreement must submit a written objection, pursuant to the Settlement Agreement, no later than thirty (30) days after the mailing of the Notice.

13. Pending the Court's decision on final approval of the settlement, this matter is stayed other than as set out in this Order.

14. The Named Plaintiff and Defendant are ordered to carry out the settlement according to the terms of the Settlement Agreement.

15. The Court will conduct a Final Approval Hearing on December 11 2023, at 10 a.m./~~p.m.~~ to determine the overall fairness of the settlement and to approve the amount of attorneys' fees and costs to Class Counsel and the service award to the Named Plaintiff. The Named Plaintiff shall file her motion for approval of the settlement, and Class Counsel shall file their unopposed motion for attorneys' fees, costs and expenses, and the Named Plaintiff's Service Award on or before November 6, 2023.

16. In other respects, the Court adopts the following sequence of events and instructs the parties to carry them out:

| | |
|---|---|
| Defendant Provides Settlement Class Contact Information | Within seven (7) business days after the Court's Preliminary Approval Order |

| Notice Sent by Defendants | Within seven (7) business days after the Court's Preliminary Approval Order |
|---|---|
| Plaintiff's Motion for Approval of Attorneys' Fees and Costs | Thirty (30) days after Notice is sent |
| Deadline to Postmark Objections or Requests for Exclusion ("Objection and Exclusion Deadline") | Thirty (30) days after Notice is sent |
| Plaintiff's Unopposed Motion for Final Approval | Five (5) business days prior to Final Approval Hearing |
| Defendant mails settlement checks | Within fourteen (14) days of the Court's final approval of settlement. |

IT IS SO ORDERED.

Dated: June 29, 2023

The Honorable Karoline Mehalchick
Chief United States Magistrate Judge