# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CINDY POTTS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVITAS SOLUTIONS, INC.,<br><br>and<br><br>DIVERSIFIED SERVICE OPTIONS, INC. d/b/a GUIDEWELL SOURCE,<br><br>Defendants. | Case No.: 1:22-cv-00986-KM<br><br>Hon. Jennifer P. Wilson, U.S.D.J.<br>Hon. Karoline Mehalchick, C.U.S.M.J.<br><br>*ELECTRONICALLY FILED* |

## PLAINTIFF'S UNOPPOSED MOTION TO GRANT FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(e)(2), Plaintiff, Cindy Potts, requests that the Court grant final approval of the class action settlement in this matter as fair, reasonable, and adequate; grant final class certification of the settlement classes because they satisfy the requirements of Rule 23(a) and (b)(3) as well as 29 U.S.C. § 216(b); approve the tailored release of the Fair Labor Standards Act ("FLSA") claims as a fair and reasonable resolution of a bona fide dispute; appoint Class Counsel to represent the settlement classes; and order the parties to abide by the Settlement Agreement (previously filed at ECF Doc. 33-2).

Following a full-day mediation before this Honorable Court, Plaintiff Potts and Defendants, Novitas Solutions, Inc. and Diversified Service Options, Inc. d/b/a Guidewell Source (collectively "Defendants"), have agreed to a $500,000 class action settlement inclusive of the monetary payments Defendants/Releasees voluntarily and unconditionally paid to the Putative Class Members prior to mediation to resolve the claims of 24 class members. The common fund represents 100% of the unpaid overtime wages alleged and results in average estimated additional payments of over $3,800 to members of the class reflecting additional damages accessible under Federal and Pennsylvania wage and hour laws. To receive these payments, class members do not have to do anything; instead, settlement payments will be mailed without the need to file a claim form. In exchange for the settlement payments, class members will release only those claims that were or could have been asserted based on the facts alleged in the complaint. Only class members who negotiate their settlement checks will release FLSA claims. No class members objected to the settlement or requested to be excluded.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Derrek W. Cummings in Support of the Plaintiff's Unopposed Motion for Final Approval of the Settlement Agreement, and all other pleadings and papers on file in this action. Defendants do not oppose this Motion.

A proposed Final Order is submitted for the Court's consideration.

Accordingly, Plaintiff respectfully requests that the Court grant this motion and approve the settlement.

Dated:  <u>November 6, 2023</u>            Respectfully submitted,

**WEISBERG CUMMINGS, P.C.**

<u>*/s/ Derrek W. Cummings*</u>
Derrek W. Cummings, PA Bar 83286
Larry A. Weisberg, PA Bar 83410
Michael J. Bradley, PA Bar 329880
2704 Commerce Drive, Suite B
Harrisburg, Pennsylvania 17110
(717) 238-5707
(717) 233-8133 (Fax)
dcummings@weisbergcummings.com
lweisberg@weisbergcummings.com
mbradley@weisbergcummings.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

**WEISBERG CUMMINGS, P.C.**

Dated: November 6, 2023

*/s/ Derrek W. Cummings*
Derrek W. Cummings