# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| CINDY POTTS <br> *Plaintiff* <br> v. <br> NOVITAS SOLUTIONS, INC., et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:22-CV-986 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* Cindy Potts recover from the defendant *(name)* Novitas Solutions, Inc and Diversified Service Options, Inc. the amount of five thousand dollars ($ 5,000.00 ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____.

☐ other: ____.

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.

☐ tried by Judge ____ without a jury and the above decision was reached.

☒ decided by Judge Karoline Mehalchick on a motion for for final approval of the settlement agreement in accordance with Rule 54(b) of the Federal Rules of Civil Procedure and the order (Doc. 43) granting the motion for final approval of the settlement agreement.

Date: 12/04/2023

CLERK OF COURT

s/Corey Wimmer

*Signature of Clerk or Deputy Clerk*